IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02731-BNB

STEVEN EUGENE HARVEY,

    Plaintiff,

v.

DOUG DARR, Adams County Sheriff,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Steven Eugene Harvey, currently is incarcerated at the Adams County Detention Facility in Brighton, Colorado. Mr. Harvey initiated this action by submitting *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

    On October 27, 2011, Mr. Harvey was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and ordered to pay an initial partial filing fee of $38.00 within thirty days or show cause as directed why he was unable to do so. Mr. Harvey has failed, within the time allowed, to pay the initial partial filing fee, show cause why he is unable to do so, or otherwise communicate with the Court in any way.

    Accordingly, it is

    ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Steven Eugene Harvey, within the time allowed, to pay the initial partial filing fee or

show cause why he is unable to do so, and for his failure to prosecute.

DATED at Denver, Colorado, this  5th  day of     December    , 2011.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court